## The People, *ex relat.* Teel *against* Sweeting.

Eustace
v.
Tuthill.

WOODWORTH, attorney-general, moved for leave to file an information in the nature of a *quo warranto* against *Sweeting*, acting supervisor of the town of *Manlius*, in the county of *Onondago.* He read several affidavits, from which it appeared, that at the annual town-meeting of the freeholders and inhabitants of the town of *Manlius*, in the county of *Onondago*, on the first Tuesday of April last, *Timothy Teel* was elected by a majority of the ballots given by the freeholders, &c. a supervisor for that town. After *Teel* had been elected, and his election was made known by one of the justices at the meeting, the *moderator* [*]declared the election void, and ordered a new election ; and after. *Teel* and his friends had retired, *John Sweeting* was chosen supervisor, who took the oath, and now acts as supervisor.

*Per Curiam.* This court has a discretion to grant motions of this kind, or to refuse them, if no sufficient reasons appear for allowing this mode of proceeding. The office of *Sweeting*, the acting. supervisor, will expire in April, and before the remedy now prayed for can have any effect.—There must be an issue joined, and a trial, which could not take place before the next election, so that it would be impossible to restore *Teel* to his office. It would, therefore, be idle and useless to grant the motion. If the justices have been guilty of any misdemeanor, the party aggrieved must seek a different remedy.

Motion denied.

The court will not allow the attorney-general to file an information in the nature of a quo. warrato against an officer when it appears that the time for which he was [* 185] elected will expire before the enquiry can have any effect ; but will leave the party to his remedy. The court have a discretion as to the granting of such motions.